AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

U.S. ex rel CLE ENGINEERING, INC.

V.

NEWBORN CONSTRUCTION, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07- 128 ML

TO: (Name and address of Defendant)

NEWBORN CONSTRUCTION, INC.
James A. Haney
61 Clinton Street
Center Moriches, NY 11934

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Robinson
Vicki J. Bejma
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

DATE 4-6-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE [redacted] |
| NAME OF SERVER *(PRINT)* | TITLE [redacted] |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on [redacted]
Date

______________________
Signature of Server

[redacted]
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
James A Haney CEO
Newborn Construction Inc
61 Clinton ST
Center Moriches, NY
11934

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (*Printed Name*) Debra Gerhard
C. Date of Delivery 4/16/07

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

APR 18 2007

2. Article Number (*Transfer from service label*) 7004 1160 0003 0133 8331

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE®

Skip Navigation Home

# Postage Rate Calculator

## Mailing Service Summary

| Mailing Service | Your Cost |
|---|---|
| First-Class Mail | $0.63 |
| Return Receipt | $1.85 |
| Certified Mail | $2.40 |
| Total : | $4.88 |

### Related Links

Domestic Rate Charts
International Rate Charts
A Customer's Guide to Mailing
Click-N-Ship®! Print shipping labels to send packages

- Estimated shipping time from PROVIDENCE, RI 02903 to CENTER MORICHES, NY 11934 (Zone 2) is 2 Day(s).
- Certified items must be presented to a retail employee at a post office or a rural carrier.

|< Start Over   < Back

Site Map   Contact Us   Forms   Gov't Services   Jobs | National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved. Terms of Use Privacy Policy No FEAR Act EEO Data

Postal Inspectors Preserving the Trust   Inspector General Promoting Integrity

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.63 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here

7004 1160 0003 0133 8331

Sent To James Haney
Street, Apt. No.; or PO Box No. 61 Clinton St
City, State, ZIP+4 Center Moriches NY 11934

PS Form 3800, June 2002 See Reverse for Instructions

# The Law Offices of Stephen M. Robinson

155 South Main Street, Suite 402
Providence, Rhode Island 02903-7115
(401) 331-6565
Fax (401) 331-7888
Web www.smrobinsonlaw.com

Stephen M. Robinson
Michael P. Robinson*
Vicki J. Bejma*
Mary Ann F. Carroll
*Also Massachusetts Bar
Of Counsel:
Noelle K. Clapham

April 10, 2007

James A. Haney, CEO and Chairman
Newborn Construction, Inc.
61 Clinton Street
Center Moriches, NY 11934

**RE: U.S. ex rel CLE Engineering v. Newborn Construction, et al.**
**07-128ML**

Dear Mr. Haney:

Along with this letter, you shall have been served with the summons and complaint in the above-referenced matter.

Very truly yours,

Vicki J. Bejma

VJB:vjb