**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel CLE ENGINEERING, INC. and CLE ENGINEERING INC.** | : | |
| **VS.** | : | |
| | : | **C.A. No. 07-128** |
| **NEWBORN CONSTRUCTION, INC. and ARCH INSURANCE COMPANY** | : | |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Plaintiffs, pursuant to Rule 41(a)(1)(i) of the Fed.R.Civ.P., hereby dismisses the above-referenced action against Arch Insurance Company. Plaintiff does not dismiss the above-referenced action against Newborn Construction, Inc. at this time.

PLAINTIFFS,
By their Attorney

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(fax) 331-7888
May 16, 2007